PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Melvin Gerena                    Cr.: 13-00384-001
                                                   PACTS #: 65876

Name of Sentencing Judicial Officer:    THE HONORABLE MARY L. COOPER
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/13/2014

Original Offense: 21:846; Conspiracy To Distribute Narcotics

Original Sentence: 60 months imprisonment, 48 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/24/2017

RECEIVED
DEC 18 2017
Chambers of
Mary L Cooper. U.S.D.J.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the mandatory supervision condition which states 'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'

On December 13, 2017, the defendant submitted a urine sample which was positive for cocaine.

2 | The offender has violated the standard supervision condition which states 'You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.'

The defendant failed to notify probation within 72 hours that he moved to a new address.

U.S. Probation Officer Action:
The probation office will increase urine testing and has referred the defendant for out-patient drug treatment. The offender was verbally reprimanded and re-instructed the conditions of supervised release.

The probation office is requesting that no action be taken at this time. Should Your Honor request and alternative course of action, please contact the undersigned at 973-634-4707.

Respectfully submitted,

By: Shannan P. Pereira
U.S. Probation Officer
Date: 12/14/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Mary L. Cooper
Signature of Judicial Officer

_____
12/22/17
Date